# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **MICHAEL BOWAN SIVY,** | * | **Case No. 18-12656-BFK** |
| | * | Chapter 7 |
| | * | |
| Debtor. | * | |
| _____ | * | |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4** | * * * * * * | |
| **Movant,** | * * | |
| v. | * * | |
| **MICHAEL BOWAN SIVY** | * * | |
| and | * * | |
| **DONALD F. KING, TRUSTEE** | * * | |
| **Respondents.** | * | |

## ANSWER AND OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

DONALD F. KING, TRUSTEE ("**Trustee**"), by counsel, files his Answer and Opposition to the Motion for Relief From the Automatic Stay ("**Motion**") filed by U.S. Bank National Association, as Trustee For Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4 ("**Movant**") in the above referenced case for the property located at 43884 River Point Drive, Leesburg, VA 20176 ("**Property**"), and states as follows:

---

**ALEXANDER M. LAUGHLIN (VSB No. 25237)**
**Counsel for Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Laughlin: 703-218-2134**
**Fax: 703-218-2160**
**Email: Alex.Laughlin@ofplaw.com**

1. The Trustee admits the allegations contained in Paragraphs 1-2.

2. The Trustee, lacking sufficient knowledge of the allegations contained in Paragraphs 3-9 of the Motion, neither admits nor denies such allegations and requires proof thereof.

3. The Trustee admits the allegations contained in Paragraph 10 that the Debtors scheduled the value of the Property at $850,000.00.

4. The Trustee lacks sufficient knowledge of the allegations contained in Paragraph 11 of the Motion and neither admits or denies such allegations and requires proof thereof.

5. The Trustee denies the allegations in Paragraphs 12 and 13 of the Motion.

## **AFFIRMATIVE DEFENSE**

Movant alleges that the unpaid principal amount due under its Note with the Debtor is approximately $468,201.99.  The Debtor scheduled the value of the Property at $850,000.00.  The Trustee is evaluating the extent of the equity in the property.  Assuming, without admitting, that Movant's allegations in the Motion are correct, there is an equity cushion protecting Movant's alleged interest in the Property.

WHEREFORE, Donald F. King, Trustee, by counsel, requests that this Court enter an order denying Movant's Motion for Relief from the Automatic Stay.

**DONALD F. KING, TRUSTEE**
**By Counsel**

**By:**      */s/ Alexander M. Laughlin*
**ALEXANDER M. LAUGHLIN, ESQUIRE (VSB No. 25237)**
**Counsel for Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
**Phone:** 703-218-2134
**Fax:** 703-218-2160
Alex.Laughlin@ofplaw.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing Opposition was sent on the 5th day of November, 2018 via Notice of Electronic Filing to all registered users in this case pursuant to this Court's CM/ECF Policy, including Counsel for the Movant, The U.S. Bank National Association, As Trustee For Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4, and counsel for the Debtor.

Heather D. McGivern
Post Office Box 2548
Leesburg, VA 20177

Robert Sergio Brandt
The Law Offices of Robert S. Brandt
1513 King Street
Alexandria, VA 22314

Michael Bowan Sivy
43884 River Point Drive
Leesburg, VA 20176

　　　　　　　　　　　　　　　　　　　　*/s/ Alexander M. Laughlin*
　　　　　　　　　　　　　　　　　　　　Alexander M. Laughlin

#4089767v1  31070/00001